UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUNAID RAMSEY HALL,

          Plaintiff,

  v.

ILENE ANDERSON, et al.,

          Defendant.

CASE NO. 3:24-cv-05455-LK-BAT

**ORDER REGARDING PLAINTIFF'S LETTER, DKT. 8**

Plaintiff filed a letter on June 21, 2024, requesting 1) a form prison civil rights complaint; 2) a motion to amend form; 3) a motion for appointment of counsel form; and a copy of the docket sheet. Dkt. 8. The Court has reviewed this letter and construes Plaintiff's letter as a motion and now ORDERS:

1. If Plaintiff seeks relief of any sort, or is requesting the Court to take action, Plaintiff shall file a Motion and not a letter. In the future, the Court will not take action on letters that are filed.

2. The Clerk shall provide Plaintiff with a form prisoner civil rights complaint.

3. The Court does not have forms for Plaintiff's motions to amend or for appointment of counsel. If Plaintiff seeks to amend the complaint, or seeks appointment of counsel, Plaintiff should file written motions seeking the relief sought. A copy of the amended

1  complaint shall be filed along with any motion to amend the current complaint.

2      4.    At the point, the Court denies Plaintiff's motion for a copy of the court docket.

3  The Court has issued an order granting Plaintiff leave to proceed in forma pauperis and an order

4  directing service of Plaintiff's complaint.  At present the Court does not see a need to provide

5  Plaintiff a copy of the docket.

6      5.    The Clerk shall provide Plaintiff a copy of this Order.

7  DATED this 21st day of June, 2024.

                                                  BRIAN A. TSUCHIDA
                                                United States Magistrate Judge

e