UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUNAID RAMSEY HALL, <br><br> Plaintiff, <br><br> v. <br><br> ILENE ANDERSON, et al., <br><br> Defendant. | CASE NO. 3:24-cv-05455-LK-BAT <br><br> **ORDER DENYING SECOND MOTION FOR APPOINTMENT OF COUNSEL - DKT. 16** |

Plaintiff filed a pro se prisoner civil rights complaint on June 10, 2024, and on June 21, 2024, filed a motion for appointment of counsel. Dkt. 9. The Court denied the motion on June 24, 2024. Dkt. 11. On June 26, 2024, Plaintiff filed a second motion for appointment of counsel. Dkt. 16. The second motion provides no new information or basis to reconsider the Court's earlier order denying appointment of counsel. The Court accordingly **ORDERS**:

1. The second motion for appointment of counsel, Dkt. 16, is **DENIED**.

2. The Clerk shall provide a copy of this Order to Plaintiff.

DATED this 27th day of June, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge