UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUNAID RAMSEY HALL, <br><br> Plaintiff, <br><br> v. <br><br> ILENE ANDERSON, et al., <br><br> Defendant. | CASE NO. 3:24-cv-05455-LK-BAT <br><br> **ORDER GRANTING MOTION TO AMEND COMPLAINT AND DIRECTING CLERK TO SERVE COMPLAINT** |

Plaintiff filed a motion to amend the complaint. Dkt. 14. The Court ORDERS:

1. Defendants have not yet appeared. The motion to amend complaint is thus GRANTED, and the amended complaint at Dkt. 15, shall be the operative complaint.

2. The Court earlier ordered service of the original complaint. Dkts. 6-7. The Clerk shall effect service of the amended complaint upon Defendants.

3. The Clerk shall provide Plaintiff a copy of this Order.

DATED this 27th day of June, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO AMEND
COMPLAINT AND DIRECTING CLERK TO
SERVE COMPLAINT - 1