UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUNAID RAMSEY HALL, <br><br> Plaintiff, <br><br> v. <br><br> ILENE ANDERSON, et al., <br><br> Defendant. | CASE NO. 3:24-cv-05455-LK-BAT <br><br> **ORDER** |

This matter comes before the Court on plaintiff's filing of two "praecipe[s] for a subpoena." Dkts. 23, 24. Plaintiff requests that the subpoenas, which appear to seek certain documents from non-parties, be "filed" with the Court. *Id.*

Federal Rule of Civil Procedure 45(a)(3) provides that: "[t]he clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it. That party must complete it before service." "Any person who is at least 18 years old and not a party may serve a subpoena. Serving a subpoena requires delivering a copy to the named person and, if the subpoena requires that person's attendance, tendering the fees for 1 day's attendance and the mileage allowed by law." Fed. R. Civ. P. 45(b). The party responsible for serving the subpoena must take reasonable steps to avoid imposing an undue burden or expense on a person subject to the subpoena. *See* Fed. R. Civ. P. 45(b) and (d).

ORDER - 1

Accordingly, plaintiff's request that the subpoenas be "filed" with the Court (Dkts. 23, 24) is DENIED as improper and the Clerk is directed to STRIKE the subpoenas from the docket. The Clerk's Office is directed to issue two signed blank subpoenas and send them to plaintiff.[1]

The Clerk is directed to provide a copy of this order to plaintiff, counsel for defendants, and the District Judge.

DATED this 18th day of July, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

---

[1] The Court notes that the defendants have not yet answered nor has their time to do so expired. As such the Court has not yet issued a scheduling order in this case providing guidelines and deadlines for discovery procedures and dispositive motions.

ORDER - 2